**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS II; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK SOVEREIGN BOND FUND; JOHN HANCOCK BOND TRUST; JOHN HANCOCK STRATEGIC SERIES; and JOHN HANCOCK INCOME SECURITIES TRUST, | Case No. 12-CV-01841 (ADM-TNL) |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE** |
| ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY BANK f/k/a GMAC BANK; ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; GMAC MORTGAGE GROUP, LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; GOLDMAN, SACHS & CO.; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; UBS SECURITIES LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; JACK R. KATZMARK; LISA R. LUNDSTEN; DAVID C. WALKER; DIANE S. WOLD; JAMES G. JONES; DAVID M. BRICKER; and JAMES N. YOUNG, | |
| Defendants. | |

---

This Stipulation is entered into by and among plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; and John Hancock Income Securities Trust (collectively, "Plaintiffs") and defendants Ally Financial Inc. f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC f/k/a Residential Funding Securities Corporation; GMAC Mortgage Group, LLC; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC; Bear, Stearns & Co. Inc; Deutsche Bank Securities Inc.; J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc.; Goldman, Sachs & Co.; Banc of America Securities LLC; Barclays Capital Inc.; RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc.; Merrill Lynch, Pierce, Fenner & Smith Inc.; UBS Securities LLC; Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T. Flees; Jack R. Katzmark; Lisa R. Lundsten; David C. Walker; Diane S. Wold; James G. Jones; David M. Bricker; and James N. Young (collectively, "Defendants"), through the undersigned counsel.

**WHEREAS**, on July 27, 2012, Plaintiffs filed their initial Complaint in this action;

**WHEREAS**, certain of the Defendants have agreed to waive service of the Complaint;

**WHEREAS**, on August 9, 2012, Plaintiffs served the Complaint on the last among the Defendants to be served;

**WHEREAS**, certain Defendants believe that some or all of Plaintiffs' claims against them may be subject to arbitration;

**WHEREAS,** Defendants Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Jack R. Katzmark, Lisa R. Lundsten, David C. Walker, Diane S. Wold, James G. Jones, David M. Bricker, and James N. Young (the "Individual Defendants"), Defendant Barclays Capital Inc., Defendant Credit Suisse Securities (USA) LLC, and Defendants Deutsche Bank Securities Inc., RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. and UBS Securities LLC entered into interim stipulations with Plaintiffs to continue their time to respond to the Complaint while the instant global Stipulation was being finalized;

**WHEREAS,** the Court issued orders on the interim stipulations extending Defendant Credit Suisse Securities (USA) LLC's and the Individual Defendants' time to respond to the Complaint to September 17, 2012, extending Defendant Barclays Capital Inc.'s time to respond to the Complaint to September 20, 2012, and ordering those Defendants to submit a proposed briefing schedule to the Court for any Rule 12 motions;

**WHEREAS,** no scheduling order or case management order has been entered in this action and no other parties have made a request for an extension of any deadline;

**WHEREAS,** the parties have agreed, subject to the approval of the Court, on a single and consistent schedule for the Defendants to, jointly or individually, move against, answer or otherwise respond to the Complaint, including with respect to any applicable right to arbitration of Plaintiffs' claims, that enables the parties fully and properly to address the issues relevant to such motions.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by
and between the Plaintiffs and Defendants, through their undersigned counsel, subject to the
approval of the Court, as follows:

1.      Defendants shall serve and file their initial submissions in support of any
joint or individual motions to dismiss the Complaint and/or to compel arbitration (the "Dismissal
Motions") or their answers or other responsive pleadings in this Court on or before
September 24, 2012.

2.      Plaintiffs shall serve and file their oppositions to any such Dismissal
Motions on or before November 16, 2012.

3.      If Defendants have filed Dismissal Motions, they shall serve and file their
reply memoranda in support of their Dismissal Motions on or before December 21, 2012.

4.      Neither Plaintiffs nor Defendants waive their rights to seek from each
other or the Court additional adjournments or extensions of the above deadlines; and the entry
into this agreement and submission of this Stipulation shall not waive, and the parties expressly
preserve, all rights, claims and defenses, including, without limitation, all defenses relating to
jurisdiction, venue and arbitrability.


Dated:    August 23, 2012


Respectfully submitted,

Dated:  August 23, 2012

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.

By:      s/ Karen H. Riebel
Richard A. Lockridge (No. 64117)
Karen H. Riebel (No. 219770)
Elizabeth R. Odette (No. 340698)
100 Washington Avenue S., Ste. 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
ralockridge@locklaw.com
khriebel@locklaw.com
erodette@locklaw.com

Jay W. Eisenhofer
Geoffrey C. Jarvis
Robert D. Gerson
Deborah A. Elman
GRANT & EISENHOFER P.A.
485 Lexington Ave., 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com
gjarvis@gelaw.com
rgerson@gelaw.com
delman@gelaw.com

*Attorneys for Plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; and John Hancock Income Securities Trust*

Dated:  August 23, 2012

LEONARD, STREET AND DEINARD

By:    s/ David R. Crosby
David R. Crosby
Bryant D. Tchida
150 South Fifth Street Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
david.crosby@leonard.com
bryant.tchida@leonard.com


Richard H. Klapper
Theodore Edelman
Anna H. Fee
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
feean@sullcrom.com


*Attorneys for Defendant Goldman, Sachs & Co.*

Dated:  August 23, 2012

TIMOTHY D. KELLY, P.A.

By:      s/ Sarah E. Bushnell
Timothy D. Kelly (No. 54926)
Sarah E. Bushnell (No. 0326859)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 349-6171
Facsimile:  (612) 349-6416
tkelly@timkellypa.com
sbushnell@timkellypa.com

Robert J. Kopecky
Seth A. Gastwirth
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
robert.kopecky@kirkland.com
seth.gastwirth@kirkland.com

*Attorneys for Defendants Ally Financial Inc.
f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank;
Ally Securities, LLC f/k/a Residential Funding
Securities, LLC f/k/a Residential Funding
Securities Corporation; and GMAC Mortgage
Group, LLC*

Dated:  August 23, 2012                    OPPENHEIMER WOLFF & DONNELLY LLP

                                           By:    s/ Bret A. Puls
                                           Michael J. Bleck (No. 8862)
                                           Bret A. Puls (No. 305157)
                                           Meghan M. Anzelc (No. 386534)
                                           Campbell Mithun Tower Suite 2000
                                           222 South Ninth St.
                                           Minneapolis, MN 55402-3338
                                           Telephone: (612) 607-7000
                                           Facsimile: (612) 607-7100
                                           mbleck@oppenheimer.com
                                           bpuls@oppenheimer.com
                                           manzelc@oppenheimer.com


                                           Robert A. Sacks
                                           Penny Shane
                                           David A. Castleman
                                           Allison J. Cambria
                                           SULLIVAN & CROMWELL LLP
                                           125 Broad Street
                                           New York, New York 10004
                                           Telephone:  (212) 558-4000
                                           Facsimile:  (212) 558-3588
                                           sacksr@sullcrom.com
                                           shanep@sullcrom.com
                                           castlemand@sullcrom.com
                                           cambriaa@sullcrom.com


                                           *Attorneys for Defendants J.P. Morgan
                                           Securities LLC f/k/a J.P. Morgan Securities,
                                           Inc. and Bear, Stearns & Co. Inc.*

Dated:  August 23, 2012                    FREDRIKSON & BYRON, P.A.

                                           By:   s/ Joseph J. Cassioppi
                                           David R. Marshall (No. 184457)
                                           Leah C. Janus (No. 337365)
                                           Joseph J. Cassioppi (No. 388238)
                                           200 South Sixth Street Suite 4000
                                           Minneapolis, MN 55402-1425
                                           Telephone: (612) 492-7000
                                           Facsimile: (612) 492-7077
                                           dmarshall@fredlaw.com
                                           ljanus@fredlaw.com
                                           jcassioppi@fredlaw.com


                                           David H. Braff, *pro hac vice* application pending
                                           Jeffrey T. Scott, *pro hac vice* application pending
                                           Joshua Fritsch, *pro hac vice* application pending
                                           SULLIVAN & CROMWELL LLP
                                           125 Broad Street
                                           New York, New York 10004
                                           Telephone:  (212) 558-4000
                                           Facsimile:   (212) 558-3588
                                           braffd@sullcrom.com
                                           scottj@sullcrom.com
                                           fritschj@sullcrom.com


                                           *Attorneys for Defendant Barclays Capital Inc.*

Dated:  August 23, 2012                    OPPENHEIMER WOLFF & DONNELLY LLP

                                           By:    s/ Bret A. Puls
                                           Michael J. Bleck (No. 8862)
                                           Bret A. Puls (No. 305157)
                                           Meghan M. Anzelc (No. 386534)
                                           Campbell Mithun Tower Suite 2000
                                           222 South Ninth St.
                                           Minneapolis, MN 55402-3338
                                           Telephone: (612) 607-7000
                                           Facsimile: (612) 607-7100
                                           mbleck@oppenheimer.com
                                           bpuls@oppenheimer.com
                                           manzelc@oppenheimer.com


                                           Meredith Kotler
                                           Shiwon Choe
                                           Shira A. Kaufman
                                           CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                           One Liberty Plaza
                                           New York, NY 10006
                                           Telephone:  (212) 225-2000
                                           Facsimile:   (212) 225-3999
                                           mkotler@cgsh.com
                                           schoe@cgsh.com
                                           skaufman@cgsh.com


                                           *Attorneys for Defendants Banc of America
                                           Securities LLC and Merrill Lynch, Pierce,
                                           Fenner & Smith Inc.*

Dated:  August 23, 2012                    LINDQUIST & VENNUM PLLP

                                           By:    s/ Terrance J. Fleming
                                           Terrence J. Fleming
                                           Sharda R. Kneen
                                           4200 IDS Center
                                           80 South 8th Street
                                           Minneapolis, MN 55402
                                           Telephone: (612) 371-3211
                                           Facsimile: (612) 371-3207
                                           tfleming@lindquist.com
                                           skneen@lindquist.com


                                           Robert F. Serio
                                           Lawrence J. Zweifach
                                           GIBSON DUNN & CRUTCHER LLP
                                           200 Park Avenue
                                           New York, NY 10166-0193
                                           Telephone:  (212) 351-4000
                                           Facsimile:   (212) 351-4035
                                           rserio@gibsondunn.com
                                           lzweifach@gibsondunn.com


                                           *Attorneys for Defendants Deutsche Bank
                                           Securities Inc., RBS Securities Inc. f/k/a
                                           Greenwich Capital Markets, Inc. and UBS
                                           Securities LLC*

Dated:  August 23, 2012                         Nilan Johnson Lewis P.A.

                                                By:     s/ Peter Gray
                                                Peter Gray (No. 25809X)
                                                400 One Financial Plaza
                                                120 South Sixth Street
                                                Minneapolis, MN 55402-4501
                                                Telephone:  (612) 305-7500
                                                Facsimile:  (612) 305-7501
                                                cward@nilanjohnson.com
                                                pgray@nilanjohnson.com


                                                Brad S. Karp (*pro hac vice* application pending)
                                                Susanna M. Buergel (*pro hac vice* application to
                                                pending)
                                                Paul, Weiss, Rifkind, Wharton & Garrison
                                                LLP
                                                1285 Avenue of the Americas
                                                New York, NY 10019-6064
                                                Telephone:  (212) 373-3000
                                                Facsimile:   (212) 757-3990
                                                bkarp@paulweiss.com
                                                sbuergel@paulweiss.com


                                                *Attorneys for Defendant Citigroup Global
                                                Markets Inc.*

Dated:  August 23, 2012                       WINTHROP & WEINSTINE, P.A.

                                              By:    s/ Brooks F. Poley
                                              Brooks F. Poley
                                              Capella Tower - Suite 3500
                                              225 South Sixth Street
                                              Minneapolis, MN 55402-4629
                                              Telephone: (612) 604-6400
                                              Facsimile: (612) 604-6800
                                              bpoley@winthrop.com


                                              Richard W. Clary
                                              Michael T. Reynolds
                                              Lauren A. Moskowitz
                                              Matthew H. Bloom
                                              CRAVATH, SWAINE & MOORE LLP
                                              Worldwide Plaza
                                              825 Eighth Avenue
                                              New York, NY 10019-7475
                                              Telephone:  (212) 474-1000
                                              Facsimile:  (212) 474-3700
                                              rclary@cravath.com
                                              mreynolds@cravath.com
                                              lmoskowitz@cravath.com
                                              mbloom@cravath.com


                                              *Attorneys for Defendant Credit Suisse
                                              Securities (USA) LLC f/k/a Credit Suisse First
                                              Boston, LLC*

Dated:  August 23, 2012

DORSEY & WHITNEY LLP

By:      s/ Andrew B. Brantingham
James K. Langdon
Andrew B. Brantingham
50 South Sixth Street Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 492-6623
langdon.jim@dorsey.com
brantingham.andrew@dorsey.com


*Attorneys for Defendants Bruce J.
Paradis; Kenneth M. Duncan; Davee L.
Olson; Ralph T. Flees; Jack R. Katzmark;
Lisa R. Lundsten; David C. Walker;
Diane S. Wold; James G. Jones; David
M. Bricker; and James N. Young*