IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS II; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK SOVEREIGN BOND FUND; JOHN HANCOCK BOND TRUST; JOHN HANCOCK STRATEGIC SERIES; and JOHN HANCOCK INCOME SECURITIES TRUST,

　　　　　　Plaintiffs,

vs.

ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY BANK f/k/a GMAC BANK; ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; GMAC MORTGAGE GROUP, LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; GOLDMAN, SACHS & CO.; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; UBS SECURITIES LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; JACK R. KATZMARK; LISA R. LUNDSTEN; DAVID C. WALKER; DIANE S. WOLD; JAMES G. JONES; DAVID M. BRICKER; and JAMES N. YOUNG,

　　　　　　Defendants.

Case No. 12-CV-01841 (ADM/TNL)

**CERTIFICATE OF SERVICE OF PROPOSED ORDER**

I hereby certify that on August 23, 2012, I caused the following proposed order:

Proposed Order Extending Time to Respond to Complaint and Setting Briefing Schedule,

to be filed with the court via email to the following judge:

>The Honorable Tony N. Leung
>Email: leung_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the proposed order to be emailed, as noted below, to the following:

**Attorneys for Plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; and John Hancock Income Securities Trust**

Richard A. Lockridge
ralockridge@locklaw.com

Karen H. Riebel
khriebel@locklaw.com

Elizabeth R. Odette
erodette@locklaw.com

Jay W. Eisenhofer
jeisenhofer@gelaw.com

Geoffrey C. Jarvis
gjarvis@gelaw.com

Deborah A. Elman
delman@gelaw.com

Robert D. Gerson
rgerson@gelaw.com

**Attorneys for Defendants Ally Financial Inc. f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC f/k/a Residential Funding Securities Corporation; and GMAC Mortgage Group, LLC**

Timothy D. Kelly
tkelly@timkellypa.com

Sarah E. Bushnell
sbushnell@timkellypa.com

Robert J. Kopecky
robert.kopecky@kirkland.com

Seth A. Gastwirth
seth.gastwirth@kirkland.com

**Attorneys for Defendant Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC**

Brooks F. Poley
bpoley@winthrop.com

Richard W. Clary
rclary@cravath.com

Michael T. Reynolds
mreynolds@cravath.com

Lauren A. Moskowitz
lmoskowitz@cravath.com

Matthew H. Bloom
mbloom@cravath.com

**Attorneys for Defendant Goldman, Sachs & Co.**

David R. Crosby
david.crosby@leonard.com

Bryant D. Tchida
bryant.tchida@leonard.com

Richard H. Klapper
klapperr@sullcrom.com

Theodore Edelman
edelmant@sullcrom.com

Anna H. Fee
feean@sullcrom.com

**Attorneys for Defendants Ally Financial Inc. f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC f/k/a Residential Funding Securities Corporation; and GMAC Mortgage Group, LLC**

Timothy D. Kelly
tkelly@timkellypa.com

Sarah E. Bushnell
sbushnell@timkellypa.com

Robert J. Kopecky
robert.kopecky@kirkland.com

Seth A. Gastwirth
seth.gastwirth@kirkland.com

**Attorneys for Defendants J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc. and Bear, Stearns & Co. Inc.**

Robert A. Sacks
sacksr@sullcrom.com

Penny Shane
shanep@sullcrom.com

David A. Castleman
castlemand@sullcrom.com

Allison J. Cambria
cambriaa@sullcrom.com

**Attorneys for Defendant Barclays Capital Inc.**

David R. Marshall
dmarshall@fredlaw.com

Leah C. Janus
ljanus@fredlaw.com

Joseph J. Cassioppi
jcassioppi@fredlaw.com

David H. Braff
braffd@sullcrom.com

Jeffrey T. Scott
scottj@sullcrom.com

Joshua Fritsch
fritschj@sullcrom.com

**Attorneys for Defendants Banc of America Securities LLC and Merrill Lynch, Pierce, Fenner & Smith Inc.**

Meredith Kotler
mkotler@cgsh.com

Shiwon Choe
schoe@cgsh.com

Shira A. Kaufman
skaufman@cgsh.com

**Attorneys for Defendants Deutsche Bank Securities Inc., RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. and UBS Securities LLC**

Terrence J. Fleming
tfleming@lindquist.com

Sharda R. Kneen
skneen@lindquist.com

Robert F. Serio
rserio@gibsondunn.com

Lawrence J. Zweifach
lzweifach@gibsondunn.com

**Attorneys for Defendant Citigroup Global Markets Inc.**

Peter Gray
pgray@nilanjohnson.com

Courtney E. Ward-Reichard
cward@nilanjohnson.com

Brad S. Karp
bkarp@paulweiss.com

Susanna M. Buergel
sbuergel@paulweiss.com

**Attorneys for Defendants Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T. Flees; Jack R. Katzmark; Lisa R. Lundsten; David C. Walker; Diane S. Wold; James G. Jones; David M. Bricker; and James N. Young**

James K. Langdon
langdon.jim@dorsey.com

Andrew B. Brantingham
brantingham.andrew@dorsey.com


Dated:  August 24, 2012                    OPPENHEIMER WOLFF & DONNELLY LLP

By:    s/ Bret A. Puls
       Michael J. Bleck (No. 8862)
       Bret A. Puls (No. 305157)
       Meghan M. Anzelc (No. 386534)

Campbell Mithun Tower Suite 2000
222 South Ninth St.
Minneapolis, MN 55402-3338
Telephone:   (612) 607-7000
Facsimile:   (612) 607-7100
Email:       mbleck@oppenheimer.com
             bpuls@oppenheimer.com
             manzelc@oppenheimer.com

*Attorneys for Defendants:*

J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc. and Bear, Stearns & Co. Inc., and

Banc of America Securities LLC and Merrill Lynch, Pierce, Fenner & Smith Inc.

5