UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS II; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK SOVEREIGN BOND FUND; JOHN HANCOCK BOND TRUST; JOHN HANCOCK STRATEGIC SERIES; and JOHN HANCOCK INCOME SECURITIES TRUST, | File No. 12-CV-01841 (ADM/TNL) |
| Plaintiffs, | |
| vs. | **ORDER** |
| ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY BANK f/k/a GMAC BANK; ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; GMAC MORTGAGE GROUP, LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; GOLDMAN, SACHS & CO.; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; UBS SECURITIES LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; JACK R. KATZMARK; LISA R. LUNDSTEN; DAVID C. WALKER; DIANE S. WOLD; JAMES G. JONES; DAVID M. BRICKER; and JAMES N. YOUNG, | |
| Defendants. | |

This matter is before the Court pursuant to the Stipulation of plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate

Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; and John Hancock Income Securities Trust (collectively, "Plaintiffs") and defendants Ally Financial Inc. f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC f/k/a Residential Funding Securities Corporation; GMAC Mortgage Group, LLC; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC; Bear, Stearns & Co. Inc; Deutsche Bank Securities, Inc.; J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc.; Goldman, Sachs & Co.; Banc of America Securities LLC; Barclays Capital Inc.; RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc.; Merrill Lynch, Pierce, Fenner & Smith Inc.; UBS Securities LLC; Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T. Flees; Jack R. Katzmark; Lisa R. Lundsten; David C. Walker; Diane S. Wold; James G. Jones; David M. Bricker; and James N. Young (collectively, "Defendants").  (Docket No. 55.)  **IT IS HEREBY ORDERED THAT** the parties' Stipulation is **GRANTED IN PART** and **DENIED IN PART**:

1.Defendants shall answer or otherwise respond to the Complaint on or before **September 24, 2012**.

2.There are no motions currently pending before the Court for which the response and reply deadlines can be adjusted.  Accordingly, any party filing a dispositive motion shall comply with all applicable Federal Rules of Civil Procedure and the Local Rules of this Court, including Local Rule 7.1.

3.All prior consistent orders remain in full force and effect.

4.	Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: August  29 , 2012                         *s/ Tony N. Leung*
                                                 Tony N. Leung
                                                 United States Magistrate Judge
                                                 for the District of Minnesota


*John Hancock Life Insurance Co. (U.S.A.) et al. v.*
*Ally Financial Inc. et al.*
File No. 12-cv-1841 (ADM/TNL)