# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS II; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK SOVEREIGN BOND FUND; JOHN HANCOCK BOND TRUST; JOHN HANCOCK STRATEGIC SERIES; and JOHN HANCOCK INCOME SECURITIES TRUST,

          Plaintiffs,

v.

ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY BANK f/k/a GMAC BANK; ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; GMAC MORTGAGE GROUP, LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; GOLDMAN, SACHS & CO.; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; UBS SECURITIES LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; JACK R. KATZMARK; LISA R. LUNDSTEN; DAVID C. WALKER; DIANE S. WOLD; JAMES G. JONES; DAVID M. BRICKER; and JAMES N. YOUNG,

          Defendants.

Case No. 12-CV-01841 (ADM-TNL)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants UBS Securities LLC, RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., and Deutsche Bank Securities Inc. make the following disclosures:

Defendant UBS Securities LLC is an indirect wholly-owned subsidiary of UBS AG, a public company whose stock is listed on the SIX Swiss Exchange and the New York Stock Exchange. No other publicly held company owns 10 percent or more of the stock of UBS Securities LLC. No publicly held company owns 10 percent of more of the stock of UBS AG.

Defendant RBS Securities Inc. is an indirect wholly-owned subsidiary of the Royal Bank of Scotland Group, plc, a public company whose stock's primary listing is on the London Stock Exchange. No other publicly held company owns 10 percent or more of the stock of RBS Securities, Inc. No publicly held company owns 10 percent or more of the stock of the Royal Bank of Scotland Group, plc.

Defendant Deutsche Bank Securities Inc. is an indirect wholly-owned subsidiary of Deutsche Bank AG, a public company whose stock is listed on the Frankfurt Stock Exchange and the New York Stock Exchange. No other publicly held company owns 10 percent or more of the stock of Deutsche Bank Securities Inc. No publicly held company owns 10 percent of more of the stock of Deutsche Bank AG.

Dated: August 30, 2012            Respectfully submitted,

LINDQUIST & VENNUM PLLP

s/Sharda R. Kneen
Terrence J. Fleming
Sharda R. Kneen
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
tfleming@lindquist.com
skneen@lindquist.com

Robert F. Serio
Lawrence J. Zweifach
Aric H. Wu
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rserio@gibsondunn.com
lzweifach@gibsondunn.com
awu@gibsondunn.com

*Counsel for Defendants UBS Securities LLC, RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., and Deutsche Bank Securities Inc.*