# APPENDIX A
## FHFA's and Massachusetts Mutual's Analyses of the Loans Underlying the Certificates Purchased Show a Pervasive Understatement of Non-Owner Occupied Properties and LTV Ratio

| Certificate | Defendant Underwriter(s) of Certificate | Analysis by (FHFA and/or Mass Mutual) | Understatement of Non-Owner Occupied Properties in the Offering Documents | Offering Documents' Reported % of Loans with LTV Over 100% | True % of Loans with LTV Ratio Over 100% |
|---|---|---|---|---|---|
| RALI 2005-QO3 | Ally Securities | Mass Mutual | 10.9% | 0.51% (*) | 16.56% (*) |
| RALI 2005-QO4 | RBS Greenwich Capital | FHFA | 12.19% | 0.00% | 8.18% |
| | | Mass Mutual | 11.45% | 1.21% (*) | 19.81% (*) |
| RALI 2006-QA6 | Ally Securities | Mass Mutual | 12.54% | 1.01% (*) | 18.84% (*) |
| RALI 2006-QO1 | Goldman, Sachs & Co. | Mass Mutual | 10.79% | 1.61% (*) | 24.71% (*) |
| RALI 2006-QO3 | Goldman, Sachs & Co. | Mass Mutual | 9.17% | 1.22% (*) | 20.94% (*) |
| RALI 2006-QO4 | RBS Greenwich Capital | FHFA | 11.76% | 0.00% | 8.43% |
| | | Mass Mutual | 11.39% | 0.92% (*) | 21.64% (*) |
| RALI 2006-QO5 | UBS Securities LLC | FHFA | 10.66% | 0.00% | 11.09% |
| | | Mass Mutual | 10.19% | 1.26% (*) | 19.54% (*) |
| RALI 2006-QO6 | Goldman, Sachs & Co. | Mass Mutual | 12.36% | 1.56% (*) | 23.98% (*) |
| RALI 2007-QH5 | Goldman, Sachs & Co. | FHFA | 12.20% | 0.00% | 18.26% |
| RALI 2007-QH6 | Goldman, Sachs & Co. | Mass Mutual | 15.23% | 1.62% (*) | 36.07% (*) |
| RAMP 2005-EFC6 | JP Morgan Securities Inc. Ally Securities | FHFA | 11.82% | 0.00% | 16.70% |

(*) – In this instance, Massachusetts Mutual reported the percentage of collateral loans with LTV greater than 90% as represented in the offering documents and determined the actual percentage of collateral loans with an LTV greater than 90%.

**APPENDIX A**
**FHFA's and Massachusetts Mutual's Analyses of the Loans Underlying the Certificates Purchased Show a Pervasive Understatement of Non-Owner Occupied Properties and LTV Ratio**

| Certificate | Defendant Underwriter(s) of Certificate | Analysis by (FHFA and/or Mass Mutual) | Understatement of Non-Owner Occupied Properties in the Offering Documents | Offering Documents' Reported % of Loans with LTV Over 100% | True % of Loans with LTV Ratio Over 100% |
|---|---|---|---|---|---|
| RAMP 2005-EFC7 | Ally Securities<br>Barclays Capital Inc. | FHFA | 11.88% | 0.00% | 13.32% |
| RAMP 2005-NC1 | Ally Securities<br>Credit Suisse Securities (USA) LLC | FHFA | 9.00% | 0.00% | 13.01% |
| RAMP 2005-RS9 | Bear, Stearns & Co. Inc.<br>Credit Suisse Securities (USA) LLC<br>Ally Securities<br>RBS Greenwich Capital | FHFA | 8.83% | 0.00% | 17.27% |
| RAMP 2005-RZ1 | RBS Greenwich Capital | Mass Mutual | 8.27% | 58.07% | 62.61% |
| RAMP 2006-EFC2 | Ally Securities | Mass Mutual | 8.7% | 19.18%[*] | 38.31%[*] |
| RAMP 2006-RS1 | Banc of America Securities, LLC<br>Credit Suisse Securities LLC<br>RBS Greenwich Capital<br>Ally Securities | FHFA | 9.15% | 2.60% | 22.23% |
| RAMP 2006-RS4 | Bear, Stearns & Co. Inc.<br>Credit Suisse Securities (USA) LLC<br>RBS Greenwich Capital<br>Ally Securities | Mass Mutual | 5.17% | 46.23%[*] | 56.92%[*] |

**APPENDIX A**
**FHFA's and Massachusetts Mutual's Analyses of the Loans Underlying the Certificates Purchased Show a Pervasive Understatement of Non-Owner Occupied Properties and LTV Ratio**

| Certificate | Defendant Underwriter(s) of Certificate | Analysis by (FHFA and/or Mass Mutual) | Understatement of Non-Owner Occupied Properties in the Offering Documents | Offering Documents' Reported % of Loans with LTV Over 100% | True % of Loans with LTV Ratio Over 100% |
|---|---|---|---|---|---|
| RAMP 2006-RS6 | Deutsche Bank Securities | Mass Mutual | 7.67% | 3.73% [*] | 26.90% [*] |
| RAMP 2006-RZ3 | Banc of America Securities LLC<br>Bear, Stearns & Co. Inc.<br>Ally Securities | Mass Mutual | 6.70% | 8.56% | 38.56% |
| RAMP 2007-RZ1 | Banc of America Securities LLC | Mass Mutual | 8.3% | 3.54% [*] | 46.62 [*] |
| RASC 2005-EMX3 | Ally Securities<br>Credit Suisse Securities (USA) LLC | FHFA | 8.48% | 0.00% | 19.47% |
| RASC 2005-KS10 | JP Morgan Securities Inc.<br>Ally Securities<br>Banc of America Securities, LLC | FHFA | 11.30% | 0.00% | 17.94% |
| RASC 2005-KS11 | Credit Suisse Securities (USA) LLC<br>Ally Securities<br>RBS Greenwich Capital | FHFA | 10.26% | 0.00% | 14.41% |
| RASC 2006-EMX8 | Ally Securities<br>Barclays Capital Inc. | FHFA | 12.38% | 0.00% | 26.94% |
| RASC 2006-EMX9 | Barclays Capital Inc.<br>Ally Securities | FHFA | 12.52% | 0.03% | 33.84% |
| RASC 2006-KS3 | Citigroup Global Markets Inc. | FHFA | 13.10% | 0.00% | 11.68% |

**APPENDIX A**
**FHFA's and Massachusetts Mutual's Analyses of the Loans Underlying the Certificates Purchased Show a Pervasive Understatement of Non-Owner Occupied Properties and LTV Ratio**

| Certificate | Defendant Underwriter(s) of Certificate | Analysis by (FHFA and/or Mass Mutual) | Understatement of Non-Owner Occupied Properties in the Offering Documents | Offering Documents' Reported % of Loans with LTV Over 100% | True % of Loans with LTV Ratio Over 100% |
|---|---|---|---|---|---|
| RASC 2006-KS9 | Barclays Capital Inc. | FHFA | 8.68% | 0.00% | 26.92% |
| RASC 2007-EMX1 | Ally Securities Credit Suisse Securities (USA) LLC | FHFA | 8.84% | 0.00% | 26.46% |
| RASC 2007-KS2 | JP Morgan Securities Inc. | FHFA | 9.79% | 0.00% | 28.40% |
| RASC 2007-KS3 | JP Morgan Securities Inc. Banc of America Securities LLC Ally Securities | FHFA | 10.60% | 0.00% | 29.22% |
| | | Mass Mutual | 10.16% | 21.55%[*] | 38.96%[*] |
| RASC 2006-EMX6 | Ally Securities JP Morgan Securities Inc. | Mass Mutual | 11.35% | 83.09%[**] | 91.58%[**] |

[*] – In this instance, Massachusetts Mutual reported the percentage of collateral loans with LTV greater than 90% as represented in the offering documents and determined the actual percentage of collateral loans with an LTV greater than 90%.
[**] – In this instance, Massachusetts Mutual reported the Weighted Average LTV/CLTV of the Collateral Loans as represented in the offering materials and determined the actual average through its forensic review.