UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Hancock Life Insurance Company (U.S.A.), et al., | ) Case No. 12-1841 ADM-TNL )  ) |
| Plaintiffs, | ) **STIPULATION EXTENDING** ) **DEFENDANTS' TIME TO** |
| v. | ) **RESPOND TO THE AMENDED** ) **COMPLAINT** |
| Ally Financial Inc., et al., | )  ) |
| Defendants. | ) |

This Stipulation is entered into by and among plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; John Hancock Income Securities Trust; and John Hancock Investment Trust (collectively, "Plaintiffs") and defendants Ally Financial Inc. f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC d/b/a/ GMAC RFC Securities and f/k/a Residential Funding Securities Corporation; GMAC Mortgage Group, LLC; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC; Bear, Stearns & Co. Inc; Deutsche Bank Securities Inc.; J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc.; Goldman, Sachs & Co.; Banc of America Securities LLC; Barclays Capital Inc.; RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc.; Merrill Lynch, Pierce, Fenner & Smith Inc.; UBS Securities LLC; Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T.

Flees; Jack R. Katzmark; Lisa R. Lundsten; David C. Walker; Diane S. Wold; James G. Jones; David M. Bricker; and James N. Young (collectively, "Defendants"), through their undersigned counsel.

  **WHEREAS**, on July 27, 2012, Plaintiffs filed the initial complaint in this action; and

  **WHEREAS**, on September 24, 2012, Defendants moved to dismiss the Complaint; and

  **WHEREAS**, on October 15, 2012, Plaintiffs served and filed an Amended Complaint that added two parties (John Hancock Investment Trust as a plaintiff and IB Finance Holding Company, LLC as a defendant), 256 paragraphs, and 126 pages for a total Amended Complaint of 761 paragraphs over 334 pages; and

  **WHEREAS**, Defendants intend to move to dismiss the Amended Complaint; and

  **WHEREAS**, Defendants' motions or other responses to the Amended Complaint are presently due on November 1, 2012; and

  **WHEREAS**, no scheduling order or case management order has been entered in this action; and

  **WHEREAS**, Plaintiffs are represented by the same counsel as the plaintiff in the related case *Stichting Pensioenfonds ABP v. Ally Financial Inc., et al.,* Case No. 12-cv-01381-ADM-TNL ("*Stichting*"); and

  **WHEREAS**, Plaintiffs' counsel has notified Defendants (some of which are also defendants in *Stichting*) that the plaintiff in *Stichting* intends to move this week for permission to amend the complaint in that case and that the proposed changes to the

*Stichting* complaint will be substantially similar to the amendments made to the complaint in this case; and

**WHEREAS**, Plaintiffs intend to seek a consolidated (or similar) briefing schedule and a consolidated oral argument for the motions to dismiss in this case and in *Stichting* should the motion to amend the *Stichting* complaint be granted; and

**WHEREAS**, oral argument on motions to dismiss the present *Stichting* complaint was scheduled to occur on October 26, 2012 and has been postponed pending determination of the *Stichting* plaintiff's forthcoming motion to amend the complaint; and

**WHEREAS**, some or all of the *Stichting* defendants intend to oppose the motion to amend and defendants in both cases may oppose a consolidated schedule for briefing and argument; and

**WHEREAS**, the parties have agreed that an extension for defendants to make their motions to dismiss or otherwise respond to the Amended Complaint in this case is appropriate in light of the significant modifications to the complaint and the unknown effect an amended complaint in *Stichting*, if allowed, might have on the schedule in this case.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiffs and Defendants, through their undersigned counsel and subject to the approval of the Court, that:

1. All defendants shall serve and file their motions to dismiss (the "Dismissal Motions") or shall otherwise respond to the Amended Complaint on or before **December 14, 2012**.

2. Neither Plaintiffs nor Defendants waive their rights to seek from each other and/or the Court additional adjournments or extensions of the above deadlines; and the entry into this agreement and submission of this Stipulation shall not waive, and the parties expressly preserve, all rights, claims and defenses, including, without limitation, all defenses relating to jurisdiction, venue and arbitrability and their respective positions concerning consolidation of briefing and/or argument of the Dismissal Motions in this case and in *Stichting*.

Dated: October 23, 2012

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**

By: <u>s/ Geoffrey C. Jarvis</u>
Richard A. Lockridge (No. 64117)
Karen H. Riebel (No. 219770)
Elizabeth R. Odette (No. 340698)
100 Washington Avenue S., Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ralockridge@locklaw.com
khriebel@locklaw.com
erodette@locklaw.com

Jay W. Eisenhofer
Geoffrey C. Jarvis
Robert D. Gerson
Deborah A. Elman
**GRANT & EISENHOFER P.A.**
485 Lexington Ave., 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com
gjarvis@gelaw.com
rgerson@gelaw.com
delman@gelaw.com

*Attorneys for Plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; John Hancock Income Securities Trust; and John Hancock Investment Trust*

5

**LEONARD, STREET AND DEINARD**

By: s/ David R. Crosby
David R. Crosby
Bryant D. Tchida
150 South Fifth Street Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
david.crosby@leonard.com
bryant.tchida@leonard.com

Richard H. Klapper
Theodore Edelman
Anna H. Fee
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
feean@sullcrom.com

*Attorneys for Defendant Goldman, Sachs & Co.*

**TIMOTHY D. KELLY, P.A.**

By: s/ Sarah E. Bushnell
Timothy D. Kelly (No. 54926)
Sarah E. Bushnell (No. 0326859)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
tkelly@timkellypa.com
sbushnell@timkellypa.com

Robert J. Kopecky
Seth A. Gastwirth
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
robert.kopecky@kirkland.com
seth.gastwirth@kirkland.com

*Attorneys for Defendants Ally Financial Inc. f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC d/b/a/ GMAC RFC Securities and f/k/a Residential Funding Securities Corporation; and GMAC Mortgage Group, LLC*

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: s/ Bret A. Puls
Michael J. Bleck (No. 8862)
Bret A. Puls (No. 305157)
Meghan M. Anzelc (No. 386534)
Campbell Mithun Tower Suite 2000
222 South Ninth St.
Minneapolis, MN 55402-3338
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
mbleck@oppenheimer.com
bpuls@oppenheimer.com
manzelc@oppenheimer.com

Robert A. Sacks
Penny Shane
David A. Castleman
Allison J. Cambria
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
sacksr@sullcrom.com
shanep@sullcrom.com
castlemand@sullcrom.com
cambriaa@sullcrom.com

*Attorneys for Defendants J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc. and Bear, Stearns & Co. Inc.*

**FREDRIKSON & BYRON, P.A.**

By: s/ Joseph J. Cassioppi
David R. Marshall (No. 184457)
Leah C. Janus (No. 337365)
Joseph J. Cassioppi (No. 388238)
200 South Sixth Street Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
dmarshall@fredlaw.com
ljanus@fredlaw.com
jcassioppi@fredlaw.com

David H. Braff (NY 1975895)
Jeffrey T. Scott (NY 2890374)
Joshua Fritsch (NY 4443206)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
braffd@sullcrom.com
scottj@sullcrom.com
fritschj@sullcrom.com

*Attorneys for Defendant Barclays Capital Inc.*

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: s/ Bret A. Puls
Michael J. Bleck (No. 8862)
Bret A. Puls (No. 305157)
Meghan M. Anzelc (No. 386534)
Campbell Mithun Tower Suite 2000
222 South Ninth St.
Minneapolis, MN 55402-3338
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
mbleck@oppenheimer.com
bpuls@oppenheimer.com
manzelc@oppenheimer.com

Meredith Kotler
Shiwon Choe
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
mkotler@cgsh.com
schoe@cgsh.com
skaufman@cgsh.com

*Attorneys for Defendants Banc of America Securities LLC and Merrill Lynch, Pierce, Fenner & Smith Inc.*

**LINDQUIST & VENNUM PLLP**

By: <u>s/ Terrence J. Fleming</u>
Terrence J. Fleming
Sharda R. Kneen
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
tfleming@lindquist.com
skneen@lindquist.com

Robert F. Serio
Lawrence J. Zweifach
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rserio@gibsondunn.com
lzweifach@gibsondunn.com

*Attorneys for Defendants Deutsche Bank Securities Inc., RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. and UBS Securities LLC*

**NILAN JOHNSON LEWIS P.A.**

By: s/ Peter Gray
Peter Gray (No. 25809X)
400 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 305-7500
Facsimile: (612) 305-7501
cward@nilanjohnson.com
pgray@nilanjohnson.com

Brad S. Karp
Susanna M. Buergel
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bkarp@paulweiss.com
sbuergel@paulweiss.com

*Attorneys for Defendant Citigroup Global Markets Inc.*

**WINTHROP & WEINSTINE, P.A.**

By: <u>s/ Brooks F. Poley</u>
Brooks F. Poley
Capella Tower - Suite 3500
225 South Sixth Street
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
bpoley@winthrop.com

Richard W. Clary
Michael T. Reynolds
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC*

**DORSEY & WHITNEY LLP**

By: s/ Andrew B. Brantingham
James K. Langdon
Andrew B. Brantingham
50 South Sixth Street Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 492-6623
langdon.jim@dorsey.com
brantingham.andrew@dorsey.com

*Attorneys for Defendants Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T. Flees; Jack R. Katzmark; Lisa R. Lundsten; David C. Walker; Diane S. Wold; James G. Jones; David M. Bricker; and James N. Young*