

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
866 414 2350 toll free
www.ctcorporation.com

RECEIVED
BY MAIL
OCT 2 9 2012
CLERK, US DISTRICT CO:
MINNEAPOLIS

October 23, 2012

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
485 Lexington Avenue,
29th Floor,
New York, NY 10017

Re: John Hancock Life Insurance Company (U.S.A.), et al., Pltfs. vs. Ally Financial Inc., etc., et al., Dfts. // To: Residential Funding Mortgage Sercurities I, Inc. and Residential Funding Mortgage Sercurities II, Inc.

Case No. 121841ADMTNL

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by The Corporation Trust Company upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which The Corporation Trust Company furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o The Corporation Trust Company at the address shown on this letter.

Very truly yours,

The Corporation Trust Company

Log# 521467605

Sent By Regular Mail

cc: District of Minnesota - U.S. District Court
    300 South Fourth Street,
    202 U.S. Courthouse,
    Minneapolis, MN 55415

**(Returned To)**

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
485 Lexington Avenue,
29th Floor,
New York, NY 10017



SCANNED
OCT 2 9 2012
U.S. DISTRICT COURT MPLS



**Wolters Kluwer**

Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

5541361320 0601



2012 OCT 29 AM 9:31
U.S. DIST COURT
MINNEAPOLIS, MN

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004257353   OCT 24  2012
$ 00.45⁰
MAILED FROM ZIP CODE 19801