UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| John Hancock Life Insurance Company (U.S.A.), et al., | ) ) ) | Case No. 12-1841 ADM-TNL |
| Plaintiffs, | ) ) ) | **ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE AMENDED COMPLAINT** |
| v. | ) ) ) | |
| Ally Financial Inc., et al., | ) ) | |
| Defendants. | ) | |

Pursuant to the Stipulation (Docket No. 85) of Plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; John Hancock Income Securities Trust; and John Hancock Investment Trust (collectively, "Plaintiffs") and Defendants Ally Financial Inc. f/k/a GMAC, LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC d/b/a/ GMAC RFC Securities and f/k/a Residential Funding Securities Corporation; GMAC Mortgage Group, LLC; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC; Bear, Stearns & Co. Inc; Deutsche Bank Securities Inc.; J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc.; Goldman, Sachs & Co.; Banc of America Securities LLC; Barclays Capital Inc.; RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc.; Merrill Lynch, Pierce, Fenner & Smith Inc.; UBS Securities LLC; Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T.

Flees; Jack R. Katzmark; Lisa R. Lundsten; David C. Walker; Diane S. Wold; James G. Jones; David M. Bricker; and James N. Young (collectively, "Defendants"),

**IT IS HEREBY ORDERED** that all Defendants shall serve and file their motions to dismiss (the "Dismissal Motions") or shall otherwise respond to the Amended Complaint on or before **December 14, 2012**.

Dated: October  29  , 2012                             *s/ Tony N. Leung*
                                                      Tony N. Leung
                                                      Magistrate Judge
                                                      United States District Court

*John Hancock Life Insurance Co. (U.S.A.) et al. v. Ally Financial, Inc. et al.*
File No. 12-cv-1841 (ADM/TNL)