UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC., et al.,<br><br>Defendants. | No. 12 Civ. 1841-ADM-TNL |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiffs John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A, John Hancock Life Insurance Company (U.S.A.) Separate Account 131, John Hancock Funds II, John Hancock Variable Insurance Trust, John Hancock Sovereign Bond Fund, John Hancock Bond Trust, John Hancock Strategic Series, John Hancock Income Securities Trust, and John Hancock Investment Trust ("Plaintiffs"), certifies as follows:

1.     Plaintiff John Hancock Life Insurance Company (U.S.A.), a corporate party to the above-captioned action, states that it is wholly owned by The Manufacturers Investment Corporation, which is wholly owned by John Hancock Financial Corporation, which is wholly owned by Manulife Holdings (Alberta) Limited, which is wholly owned by The Manufacturers Life Insurance Company, which is wholly owned by Manulife

463162.1

Financial Corporation.  Manulife Financial Corporation is a publicly-traded corporation that has no parent corporation.  Manulife Financial Corporation is the only publicly held corporation owning 10% or more of John Hancock Life Insurance Company (U.S.A.).

2.   Plaintiff John Hancock Life Insurance Company (U.S.A.) Separate Account 6A, a corporate party to the above-captioned action, states that it is wholly owned by The Manufacturers Investment Corporation, which is wholly owned by John Hancock Financial Corporation, which is wholly owned by Manulife Holdings (Alberta) Limited, which is wholly owned by The Manufacturers Life Insurance Company, which is wholly owned by Manulife Financial Corporation.  Manulife Financial Corporation is a publicly-traded corporation that has no parent corporation.  Manulife Financial Corporation is the only publicly held corporation owning 10% or more of John Hancock Life Insurance Company (U.S.A.).

3.   Plaintiff John Hancock Life Insurance Company (U.S.A.) Separate Account 131, a corporate party to the above-captioned action, states that it is wholly owned by The Manufacturers Investment Corporation, which is wholly owned by John Hancock Financial Corporation, which is wholly owned by Manulife Holdings (Alberta) Limited, which is wholly owned by The Manufacturers Life Insurance Company, which is wholly owned by Manulife Financial Corporation.  Manulife Financial Corporation is a publicly-traded corporation that has no parent corporation.  Manulife Financial Corporation is the only publicly held corporation owning 10% or more of John Hancock Life Insurance Company (U.S.A.).

4.     Plaintiff John Hancock Funds II ("JHFII"), a party to the above-captioned action, states that it is a Massachusetts business trust and is registered with the Securities and Exchange Commission as an open-end management investment company under the Investment Company Act of 1940 ("1940 Act").  JHFII is comprised of a number of separate series or "Funds," certain of which invested in securities that are the subject to this litigation.  JHFII has no corporate parents.  Setting aside ownership by other John Hancock investment companies, affiliates and/or separate accounts and non-beneficial record owners, such as when shares are held in street name, no publicly held corporation owns more than 10% of any of the Funds within JHFII that are the subject of this litigation.

5.     Plaintiff John Hancock Variable Insurance Trust ("JHVIT"), a party to the above-captioned action, states that it is a Massachusetts business trust and is registered with the Securities and Exchange Commission as an open-end management investment company under the 1940 Act.  JHVIT is comprised of a separate series or "Funds," certain of which invested in securities that are the subject to this litigation.  JHVIT has no corporate parents.   Setting aside ownership by other John Hancock investment companies, affiliates and/or separate accounts and non-beneficial record owners, such as when shares are held in street name, no publicly held corporation owns more than 10% of any of the Funds within JHVIT that are the subject of this litigation.

6.     Plaintiff John Hancock Sovereign Bond Fund  ("JHSBF"), a party to the above-captioned action, states that it is a Massachusetts business trust and is registered with the Securities and Exchange Commission as an open-end management investment

company under the 1940 Act.  JHSBF is comprised of a single series or "Fund" called John Hancock Bond Fund, which invested in securities that are the subject to this litigation.  JHSBF has no corporate parents.  Setting aside ownership by other John Hancock investment companies, affiliates and/or separate accounts and non-beneficial record owners, such as when shares are held in street name, no publicly held corporation owns more than 10% of John Hancock Bond Fund.

7.      Plaintiff John Hancock Bond Trust ("JHBT"), a party to the above-captioned action, states that it is a Massachusetts business trust and is registered with the Securities and Exchange Commission as an open-end management investment company under the 1940 Act.  JHBT is comprised of a number of separate series or "Funds," certain of which invested in securities that are the subject to this litigation.  JHBT has no corporate parents.  Setting aside ownership by other John Hancock investment companies, affiliates and/or separate accounts and non-beneficial record owners, such as when shares are held in street name, no publicly held corporation owns more than 10% of any of the Funds within JHBT that are the subject of this litigation.

8.      Plaintiff John Hancock Strategic Series ("JHSS"), a party to the above-captioned action, states that it is a Massachusetts business trust and is registered with the Securities and Exchange Commission as an open-end management investment company under the 1940 Act.  JHSS is comprised of a single separate series or "Fund" called John Hancock Income Fund, which invested in securities that are the subject to this litigation. JHSS has no corporate parents.  Setting aside ownership by other John Hancock investment companies, affiliates and/or separate accounts and non-beneficial record

owners, such as when shares are held in street name, no publicly held corporation owns more than 10% of John Hancock Income Fund.

9. Plaintiff John Hancock Income Securities Trust ("JHIST"), a party to the above-captioned action, states that it is a Massachusetts business trust and is registered with the Securities and Exchange Commission as a closed-end management investment company under the Investment Company Act of 1940. JHIST has no corporate parents. To the best knowledge of JHIST, setting aside ownership by non-beneficial record owners, such as when shares are held in street name, no publicly held corporation owns more than 10% of JHIST.

10. Plaintiff John Hancock Investment Trust ("JHIT"), a party to the above-captioned action, states that it is a Massachusetts business trust and is registered with the Securities and Exchange Commission as an open-end management investment company under the Investment Company Act of 1940. JHIT is comprised of a number of separate series or "Funds," certain of which invested in securities that are the subject to this litigation. JHIT has no corporate parents. Setting aside ownership by other John Hancock investment companies, affiliates and/or separate accounts and non-beneficial record owners, such as when shares are held in street name, no publicly held corporation owns more than 10% of the Funds within JHIT that are the subject of this litigation.

Dated: October 30, 2012

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

s/   Elizabeth R. Odette
Richard A. Lockridge, #64117
Karen H. Riebel, #219770
Elizabeth R. Odette, #340698
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981

Jay W. Eisenhofer
Geoffrey C. Jarvis *(admitted pro hac vice)*
Deborah A. Elman *(admitted pro hac vice)*
Robert D. Gerson *(admitted pro hac vice)*
**GRANT & EISENHOFER P.A.**
485 Lexington Ave., 29th Floor
New York, NY  10017
Tel:  (646) 722-8500
Fax:  (646) 722-8501

*Counsel for Plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; and John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; John Hancock Income Securities Trust; and John Hancock Investment Trust*