**TIMOTHY D. KELLY, P.A.**
Attorneys at Law
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

**SARAH E. BUSHNELL**  TELEPHONE
sbushnell@timkellypa.com  (612) 349-6171

 FAX
 (612) 349-6416

December 12, 2012

*VIA CM/ECF WITH PERMISSION*

Honorable Ann D. Montgomery
United States District Court Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

     Re:   *John Hancock Life Insurance Company, et al. v. Ally Financial Inc., et al.*
            Case No. 0:12-cv-01841-ADM-TNL

Dear Judge Montgomery:

     The undersigned is counsel to Defendants Ally Financial Inc., Ally Bank, IB Finance Holding Company, LLC, Ally Securities LLC, and GMAC Mortgage Group, LLC in the referenced matter. Pursuant to my December 10, 2012 conversation with Ms. Simon, I write on behalf of all parties to advise that the parties have agreed, subject to the Court's approval, to a modified briefing schedule for the motions to dismiss that all defendants will file on December 14, 2012. *See* October 30, 2012 Order, Doc. 87.

     The agreed briefing schedule is:

| Papers | Due |
|---|---|
| Plaintiffs' opposition papers | February 15, 2013 |
| Defendants' reply papers | March 29, 2013 |

     Per Ms. Simon's instruction, we have also identified two hearing dates on which all parties are available that, as of December 10, were available on the Court's calendar: April 18, 2013 (afternoon) and April 25, 2013 (afternoon).

     Thank you for your consideration of these matters.

Honorable Ann D. Montgomery
December 12, 2012
P a g e | 2

 

With Kindest Regards,

*s/ Sarah E. Bushnell*

Sarah E. Bushnell

cc:  All Counsel of Record (via CM/ECF)