**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLY FINANCIAL INC., et al., <br><br> Defendants. | No. 12 Civ. 1841-ADM-TNL |

**LR 7.1(f) CERTIFICATE OF COMPLIANCE REGARDING
PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

I, Geoffrey C. Jarvis, certify that Plaintiffs' John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust; John Hancock Strategic Series; John Hancock Income Securities Trust; and John Hancock Investment Trust ("Plaintiffs") Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint complies with Local Rule 7.1(f).

I further certify that, in preparation of the memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 29,987 words.

Dated: February 15, 2013 　　　　　　　　　/s/ Geoffrey C. Jarvis

        Jay W. Eisenhofer
        Geoffrey C. Jarvis
        Deborah A. Elman
        Robert D. Gerson
        **GRANT & EISENHOFER P.A.**
        485 Lexington Ave., 29th Floor
        New York, NY 10017
        Tel: (646) 722-8500
        Fax: (646) 722-8501

        Richard A. Lockridge
        Karen H. Riebel
        Elizabeth R. Odette
        **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
        100 Washington Avenue South, Suite 2200
        Minneapolis, MN 55401
        Tel: (612) 339-6900
        Fax: (612) 339-0981

*Counsel for Plaintiffs John Hancock Life Insurance Company (U.S.A.); John Hancock Life Insurance Company (U.S.A.) Separate Account 6A; and John Hancock Life Insurance Company (U.S.A.) Separate Account 131; John Hancock Funds II; John Hancock Variable Insurance Trust; John Hancock Sovereign Bond Fund; John Hancock Bond Trust, John Hancock Strategic Series; John Hancock Income Securities Trust; and John Hancock Investment Trust*