# Appendix A

| Certificates Purchased by Plaintiffs | Percentage of Loans Underlying the Certificates Delinquent by More than 90 Days | Percentage of Loans Underlying the Certificates in Foreclosure | Current Moody's Ratings |
|---|---|---|---|
| RASC 2005-KS12 | 23.33 | 14.68 | C |
| RAMP 2006-RS1 | 29.78 | 23.93 | Caa1 |
| RAMP 2004-RS5 | 15.62 | 7.60 | C |
| RAMP 2003-RS10 | 19.76 | 10.71 | C |
| RALI 2006-QA1 | 20.49 | 10.61 | Ca |
| RALI 2005-QA12 | 15.15 | 11.65 | Caa3 |
| RASC 2006-EMX2 | 49.80 | 36.77 | B2 |
| RASC 2006-KS2 | 21.87 | 13.01 | Aaa* |
| RFMSI 2006-S2 M1/M2 | 9.32 | 4.35 | [AA]*/[A]* |
| RASC 2006-KS3 | 26.47 | 19.18 | Aaa* |
| RALI 2006-QO3 | 36.29 | 22.02 | Caa2 |
| RFMSI 2006-S3 | 12.48 | 6.06 | [D] |
| RAMP 2006-RZ2 | 15.22 | 10.48 | B3 |
| GMACM 2005-AR5 | 8.82 | 4.89 | (CCC) |
| RALI 2005-QA7 | 13.09 | 10.30 | Caa3 |
| RAAC 2006-RP2 | 35.37 | 22.89 | Ba3 |
| RALIN 2006-QO4 | n/a | n/a | (A-*) |
| RASC 2006-EMX4 | 46.74 | 33.81 | Aaa* |
| RALI 2006-QO5 | 40.21 | 24.27 | Aaa* |
| RAMP 2003-RS4 | 13.94 | 5.75 | Caa2 |
| RASC 2006-KS4 | 24.24 | 15.38 | Aaa* |
| RALI 2005-QA7 | 13.09 | 10.30 | Caa3 |
| RAMP 2006-RS4 | 25.53 | 18.03 | Caa2 |
| RALI 2005-QO3 | 36.09 | 19.66 | Caa3 |
| RAAC 2006-RP3 | 42.37 | 27.36 | Caa2 |
| RFSC 2002-RP1 | 28.12 | 19.08 | Caa1 |
| RASC 2006-KS6 | 21.88 | 14.07 | Aaa* |
| RAMP 2006-RZ3 | 22.77 | 14.09 | Ca |
| RASC 2006-KS7 | 26.05 | 16.51 | Aaa* |
| RASC 2006-KS8 | 26.80 | 15.71 | Aaa* |
| RAMP 2006-RZ4 | 21.60 | 13.83 | Aaa* |
| RASC 2006-EMX9 | 60.07 | 49.41 | Aaa* |
| RALI 2005-QO1 | 33.73 | 22.96 | Caa2 |
| RAMP 2006-RS6 | 27.22 | 21.41 | Aaa* |
| RASC 2006-KS9 | 28.78 | 21.31 | Aaa* |
| RALI 2006-QS18 | 26.88 | 18.32 | Ca |
| RAMP 2006-RZ5 | 20.97 | 13.24 | Aaa* |

| Certificates Purchased by Plaintiffs | Percentage of Loans Underlying the Certificates Delinquent by More than 90 Days | Percentage of Loans Underlying the Certificates in Foreclosure | Current Moody's Ratings |
|---|---|---|---|
| RAMP 2006-RZ2 | 15.22 | 10.48 | B3 |
| RAMP 2003-RS7 | 9.66 | 7.08 | Baa3 |
| RASC 2007-KS2 | 28.25 | 20.10 | Baa2* |
| HELT 2007-HSA2 | 3.56 | 0.00 | B3* |
| HELT 2007-HSA3 AI1/AI3 | 3.90 | 0.00 | B3*/B3* |
| RALI 2007-QS6 | 21.69 | 13.67 | Caa3 |
| GMACM 2007-HE2 | 4.04 | 0.11 | Caa3 |
| GMACM 2004-AR1 II 2A | 7.63 | 1.94 | (AA+) |
| RFMSI 2005-SA4 | 11.05 | 6.97 | Caa3 |
| GMACM 2004-AR1 II 4A | 20.46 | 14.41 | (AA+) |
| RALI 2007-QS9 | 20.18 | 13.51 | Ca |
| RALI 2007-QS11 A1/A2 | 22.69 | 14.67 | (D/D) |
| HELT 2006-HI1 | 2.07 | 0.00 | Aaa* |
| RALI 2005-QO2 | 32.04 | 21.55 | Ca |
| RALI 2006-QO6 | 37.98 | 24.77 | Caa2 |
| GMACM 2005-AR6 | 6.29 | 4.00 | Caa1 |
| RALI 2007-QH4 | 43.80 | 30.52 | C |
| RALI 2006-QA2 | 19.53 | 7.08 | Ca |
| RAAC 2007-RP3 | 46.06 | 34.03 | Caa3 |
| RALI 2007-QO2 | 42.47 | 25.74 | Ca |
| RALI 2007-QS10 | 22.52 | 15.26 | (D) |

Note: If a rating is followed by an asterisk ("*"), the rating is the last available rating before the relevant rating agency withdrew its ratings of that Certificate altogether. If a rating is encased by parentheses, it is an S&P rating. If a rating is encased by brackets, it is a Fitch rating.

# Appendix B

# **APPENDIX B**

DOWNGRADES BELOW INVESTMENT GRADE OF THE CERTIFICATES PURCHASED BY PLAINTIFFS

| Certificates | Moody's Rating Downgrade | Date of Downgrade Below Investment Grade |
|---|---|---|
| RALI 2005-QO2 | Aaa → C | 2/20/2009 |
| RALIN 2006-QO4 | (A- → NR) | 8/11/2008 |
| RFSC 2002-RP1 | Aaa → Ba3 | 4/13/2009 |
| RAMP 2006-RS6 | (AAA → NR) | 5/20/2009 |
| GMACM 2007-HE2 | Aaa*- → Ba3 | 10/29/2008 |
| GMACM 2005-AR5 | (AAA → BB-) | 8/7/2009 |
| GMACM 2005-AR6 | Aaa → B1 | 5/21/2009 |
| GMACM 2007-HE2 | Aaa → Ba3 | 10/29/2008 |
| RASC 2006-KS3 | Aaa → WR | 2/15/2008 |
| RASC 2005-KS12 | Aa3 → Ba3 | 3/20/2009 |
| RASC 2006-KS2 | Aaa → WR | 2/15/2008 |
| RASC 2006-EMX4 | Aaa → WR | 8/25/2008 |
| RASC 2006-KS4 | Aaa → WR | 6/25/2008 |
| RASC 2006-KS6 | Aaa → WR | 9/25/2008 |
| RASC 2006-KS7 | Aaa → WR | 9/25/2008 |
| RASC 2006-KS9 | Aaa → WR | 4/6/2010 |
| RASC 2006-KS8 | Aaa → WR | 4/6/2010 |
| RASC 2006-EMX9 | Aaa → WR | 4/6/2010 |
| RASC 2007-KS2 | Aaa → WR | 11/11/2011 |
| RAMP 2006-RS1 | Aaa → B3 | 3/20/2009 |
| RAMP 2004-RS5 | Baa3 → C | 3/30/2011 |
| RAMP 2003-RS10 | A2 → Ca | 3/30/2011 |
| RAMP 2003-RS4 | Aaa → Ba1 | 4/13/2009 |
| RAMP 2006-RS6 | Aaa → WR | 4/6/2010 |
| RAMP 2006-RZ4 | Aaa → WR | 7/15/2011 |
| RAMP 2006-RZ5 | Aaa → WR | 7/15/2011 |
| RASC 2006-EMX2 | Aaa → Ba1 | 3/20/2009 |
| RFMSI 2006-S2 (M1) | [AA → CCC] | 4/6/2009 |
| RFMSI 2006-S2 (M2) | [A → C] | 4/6/2009 |
| RFMSI 2006-S3 | (AAA → CCC) | 6/22/2009 |
| RAMP 2006-RZ2 | Aaa → B3 | 7/15/2011 |
| RALI 2005-QA7 | Aaa → B1 | 2/20/2009 |
| RAMP 2006-RS4 | Aaa → Caa2 | 4/6/2010 |
| RALI 2005-QA7 | Aaa → B1 | 2/20/2009 |
| RAMP 2006-RZ3 | Aa1 → B2 | 4/30/2009 |
| RALI 2006-QS18 | Aaa → Caa3 | 2/26/2009 |
| RAMP 2006-RZ2 | Aaa → B3 | 7/15/2011 |
| RALI 2005-QO1 | Aaa → Caa2 | 12/1/2010 |
| RALI 2005-QO2 | Aaa → Ca | 2/20/2009 |
| RALI 2005-QO3 | Aaa → B1 | 2/20/2009 |
| RALI 2005-QA12 | Aaa → Ba2 | 10/29/2008 |
| RALI 2006-QA1 | Aaa → Caa1 | 1/29/2009 |

2

| | | |
|---|---|---|
| RALI 2006-QA2 | Aaa → Caa3 | 1/29/2009 |
| RALI 2006-QA3 | Aaa → Caa2 | 12/1/2010 |
| RALI 2006-QO5 | Aaa → WR | 5/25/2008 |
| RALI 2006-QO6 | Aaa → Caa2 | 12/1/2010 |
| RALIN 2006-QO4 | (A- → NR) | 8/1/2008 |
| RALI 2007-QO2 | Aaa → Caa3 | 2/20/2009 |
| RALI 2007-QS6 | Aaa → Caa3 | 2/26/2009 |
| RALI 2007-QS9 | Aaa → Caa3 | 2/26/2009 |
| RALI 2007-QS11 (A1) | (AAA → B+) | 11/5/2008 |
| RALI 2007-QS11 (A2) | (AAA → B) | 11/5/2008 |
| RALI 2007-QS10 | (AAA → B+) | 10/27/2008 |
| RALI 2007-QH4 | (AAA → CCC) | 9/2/2009 |

NB: Ratings in ellipses are S&P ratings and ratings in brackets are Fitch ratings.