UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| John Hancock Life Insurance Company, et al., | ) ) ) | Case No. 12-1841 ADM-TNL |
| Plaintiffs, | ) ) ) ) | **AMENDED NOTICE OF HEARING OF MOTION TO DISMISS THE AMENDED COMPLAINT** |
| v. | ) ) | |
| Ally Financial Inc., et al., | ) ) | |
| Defendants. | ) | |

TO:   All parties and their counsel of record.

PLEASE TAKE NOTICE that on June 18, 2013 at 1:30 p.m., Defendants Ally Financial Inc., Ally Securities LLC, Ally Bank, IB Finance Holding Company, LLC, and GMAC Mortgage Group, LLC will bring their motion to dismiss the claims against them in the Amended Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) on for hearing before the Honorable Ann D. Montgomery, United States District Court Judge, Courtroom 13W, United States District Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated:  March 27, 2013.           **TIMOTHY D. KELLY, P.A.**

                                        By:  *s/ Sarah E. Bushnell*
                                           Timothy D. Kelly (#54926)
                                           Sarah E. Bushnell (#326859)
                                           3720 IDS Center, 80 South Eighth Street
                                           Minneapolis, Minnesota 55402
                                           tkelly@timkellypa.com
                                           sbushnell@timkellypa.com
                                           (612) 349-6171

2

**KIRKLAND & ELLIS LLP**
Robert J. Kopecky (admitted *pro hac vice*)
Seth A. Gastwirth (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
(312) 862-2200
robert.kopecky@kirkland.com
seth.gastwirth@kirkland.com

*Attorneys for Defendants Ally Financial Inc., Ally Securities LLC, Ally Bank, IB Finance Holding Company, LLC, and GMAC Mortgage Group, LLC*