UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC, *et al.*,<br><br>Defendants. | Civil File No. 12-cv-1841 (ADM/TNL)<br><br>**AMENDED NOTICE OF HEARING ON INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THE <u>AMENDED COMPLAINT</u>** |

TO:   All parties and their counsel of record.

PLEASE TAKE NOTICE that the Individual Defendants' Motion to Dismiss the Amended Complaint will be heard on June 18, 2013, at 1:30 p.m., before the Honorable Ann D. Montgomery, United States District Court, Courtroom 13W, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: March 27, 2013

                    DORSEY & WHITNEY LLP

                    By <u>s/ Andrew Brantingham</u>
                       James K. Langdon (#0171931)
                       Andrew B. Brantingham (#0389952)
                  Suite 1500, 50 South Sixth Street
                  Minneapolis, MN 55402-1498
                  Telephone: (612) 340-2600
                  Facsimile: (612) 340-2868
                  Email: langdon.jim@dorsey.com
                           brantingham.andrew@dorsey.com

*Attorneys for Defendants Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Jack R. Katzmark, Lisa R. Lundsten, David C. Walker, Diane S. Wold, James G. Jones, David M. Bricker, and James N. Young*