UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN HANCOCK LIFE INSURANCE COMPANY
(U.S.A.); JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN
HANCOCK LIFE INSURANCE COMPANY (U.S.A.)
SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS
II; JOHN HANCOCK VARIABLE INSURANCE
TRUST; JOHN HANCOCK SOVEREIGN BOND FUND;
JOHN HANCOCK BOND TRUST; JOHN HANCOCK
STRATEGIC SERIES; JOHN HANCOCK INCOME
SECURITIES TRUST; and JOHN HANCOCK
INVESTMENT TRUST,

                                    Plaintiffs,

          vs.

ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY
BANK f/k/a GMAC BANK; IB FINANCE HOLDING
COMPANY, LLC; ALLY SECURITIES, LLC f/k/a
RESIDENTIAL FUNDING SECURITIES, LLC f/k/a
RESIDENTIAL FUNDING SECURITIES
CORPORATION; GMAC MORTGAGE GROUP, LLC;
CITIGROUP GLOBAL MARKETS INC.; CREDIT
SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE
FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.;
DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN
SECURITIES LLC f/k/a J.P. MORGAN SECURITIES,
INC.; GOLDMAN, SACHS & CO.; BANC OF
AMERICA SECURITIES LLC; BARCLAYS CAPITAL
INC.; RBS SECURITIES INC. f/k/a GREENWICH
CAPITAL MARKETS, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH INC.; UBS SECURITIES
LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN;
DAVEE L. OLSON; RALPH T. FLEES; JACK R.
KATZMARK; LISA R. LUNDSTEN; DAVID C.
WALKER; DIANE S. WOLD; JAMES G. JONES;
DAVID M. BRICKER; and JAMES N. YOUNG,

                                    Defendants.

Case No. 12-CV-01841
(ADM-TNL)

**AMENDED NOTICE
OF HEARING ON
UNDERWRITERS'
MOTION TO DISMISS
THE AMENDED
COMPLAINT**

PLEASE TAKE NOTICE that the above-entitled motion was filed in accordance with the directions received from the presiding judge's courtroom deputy:

A hearing for the above-entitled motion will take place at 1:30 p.m. on June 18, 2013, in Courtroom 13W, at the United States Federal Courthouse, 300 South Fourth Street, Minneapolis, MN  55415 before the Honorable Ann D. Montgomery.

Defendants Banc of America Securities LLC; Barclays Capital Inc.; Bear, Stearns & Co. Inc.; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC; Deutsche Bank Securities Inc.; J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc.; Goldman, Sachs & Co.; Merrill Lynch, Pierce, Fenner & Smith Inc.; RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc.; and UBS Securities LLC (collectively, the "Underwriters") will move the Court for an Order dismissing Plaintiffs' Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), and 12(b)(6).

Dated:  March 27, 2013                     Respectfully submitted,

FREDRIKSON & BYRON, P.A.
By:  s/ Joseph J. Cassioppi
David R. Marshall (No. 184457)
Leah C. Janus (No. 337365)
Joseph J. Cassioppi (No. 388238)
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
dmarshall@fredlaw.com
ljanus@fredlaw.com
jcassioppi@fredlaw.com


*Admitted Pro Hac Vice*
David H. Braff (N.Y. 1975895)
Jeffrey T. Scott (N.Y. 2890374)
Joshua Fritsch (N.Y. 4443206)
Angelica M. Sinopole (N.Y. 4795100)
J. Brendan Day (N.Y. 4865549)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
braffd@sullcrom.com
scottj@sullcrom.com
fritschj@sullcrom.com
sinopolea@sullcrom.com
dayb@sullcrom.com

*Attorneys for Defendant Barclays Capital
Inc.*

Dated:  March 27, 2013
                                OPPENHEIMER WOLFF & DONNELLY LLP
                                By: s/ Bret A. Puls
                                Michael J. Bleck (No. 8862)
                                Bret A. Puls (No. 305157)
                                Meghan M. A. Hansen (No. 386534)
                                Campbell Mithun Tower, Suite 2000
                                222 South Ninth St.
                                Minneapolis, Minnesota 55402-3338
                                Telephone: (612) 607-7000
                                Facsimile: (612) 607-7100
                                mbleck@oppenheimer.com
                                bpuls@oppenheimer.com
                                manzelc@oppenheimer.com


                                *Admitted Pro Hac Vice*
                                Robert A. Sacks
                                Penny Shane
                                David A. Castleman
                                Allison J. Cambria
                                SULLIVAN & CROMWELL LLP
                                125 Broad Street
                                New York, New York 10004
                                Telephone: (212) 558-4000
                                Facsimile: (212) 558-3588
                                sacksr@sullcrom.com
                                shanep@sullcrom.com
                                castlemand@sullcrom.com
                                cambriaa@sullcrom.com

                                *Attorneys for Defendants J.P. Morgan
                                Securities LLC f/k/a J.P. Morgan Securities,
                                Inc. and Bear, Stearns & Co. Inc.*

Dated:  March 27, 2013                    OPPENHEIMER WOLFF & DONNELLY LLP

                                          By:  s/ Bret A. Puls
                                          Michael J. Bleck (No. 8862)
                                          Bret A. Puls (No. 305157)
                                          Meghan M. A. Hansen (No. 386534)
                                          Campbell Mithun Tower, Suite 2000
                                          222 South Ninth St.
                                          Minneapolis, Minnesota 55402-3338
                                          Telephone: (612) 607-7000
                                          Facsimile: (612) 607-7100
                                          mbleck@oppenheimer.com
                                          bpuls@oppenheimer.com
                                          manzelc@oppenheimer.com


                                          *Admitted Pro Hac Vice*
                                          Meredith Kotler
                                          Shiwon Choe
                                          Shira Kaufman
                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                          One Liberty Plaza
                                          New York, New York 10006
                                          Telephone: (212) 225-2000
                                          Facsimile: (212) 225-3999
                                          mkotler@cgsh.com
                                          schoe@cgsh.com
                                          skaufman@cgsh.com


                                          *Attorneys for Defendants Banc of America
                                          Securities LLC and Merrill Lynch, Pierce,
                                          Fenner & Smith Inc.*

Dated:  March 27, 2013                LINDQUIST & VENNUM PLLP
                                       By:  s/ Terrence J. Fleming
                                       Terrence J. Fleming
                                       Sharda R. Kneen
                                       4200 IDS Center
                                       80 South 8th Street
                                       Minneapolis, Minnesota 55402
                                       Telephone: (612) 371-3211
                                       Facsimile: (612) 371-3207
                                       tfleming@lindquist.com
                                       skneen@lindquist.com


                                       *Admitted Pro Hac Vice*
                                       Robert F. Serio
                                       Lawrence J. Zweifach
                                       Aric H. Wu
                                       GIBSON DUNN & CRUTCHER LLP
                                       200 Park Avenue
                                       New York, New York 10166-0193
                                       Telephone: (212) 351-4000
                                       Facsimile: (212) 351-4035
                                       rserio@gibsondunn.com
                                       lzweifach@gibsondunn.com
                                       awu@gibsondunn.com

                                       *Attorneys for Defendants Deutsche Bank*
                                       *Securities Inc., RBS Securities Inc. f/k/a*
                                       *Greenwich Capital Markets, Inc. and UBS*
                                       *Securities LLC*

Dated:  March 27, 2013

NILAN JOHNSON LEWIS P.A.
By:  s/ Peter Gray
Courtney Ward-Reichard (No. 232324)
Peter Gray (No. 25809X)
Veena A. Iyer
120 South Sixth Street
Suite 400
Minneapolis, Minnesota 55402-4501
Telephone: (612) 305-7500
Facsimile:   (612)   305-7501
cward@nilanjohnson.com
pgray@nilanjohnson.com
viyer@nilanjohnson.com


*Admitted Pro Hac Vice*
Brad S. Karp
Susanna M. Buergel
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bkarp@paulweiss.com
sbuergel@paulweiss.com

*Attorneys for Defendant Citigroup Global
Markets Inc.*

Dated:  March 27, 2013        WINTHROP & WEINSTINE, P.A.

By:  <u>s/ Brooks F. Poley</u>

Brooks F. Poley
Capella Tower | Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
bpoley@winthrop.com


Richard W. Clary
Michael T. Reynolds
Lauren A. Moskowitz
Richard J. Stark
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
*Admitted Pro Hac Vice*
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com
rstark@cravath.com

*Attorneys for Defendant Credit Suisse*
*Securities (USA) LLC f/k/a Credit Suisse*
*First Boston, LLC*

Dated:  March 27, 2013

LEONARD, STREET & DEINARD

By:  s/ David R. Crosby
David R. Crosby
Bryant D. Tchida
150 South Fifth Street Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Capella Tower  |  Suite  3500
david.crosby@leonard.com
bryant.tchida@leonard.com

*Admitted Pro Hac Vice*
Richard H. Klapper
Theodore Edelman
Anna H. Fee
Veronica Ip
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
feean@sullcrom.com
ipvw@sullcrom.com

*Attorneys for Defendant Goldman, Sachs & Co.*