UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| John Hancock Life Insurance Company, et al., | ) ) ) | Case No. 12-1841 ADM-TNL |
| Plaintiffs, | ) ) ) | **ALLY DEFENDANTS' LOCAL RULE 7.1(f) CERTIFICATE** |
| v. | ) ) | |
| Ally Financial Inc., et al., | ) ) | |
| Defendants. | ) | |

I, Sarah E. Bushnell, hereby certify that the Reply Memorandum in Support of the Ally Defendants' Motion to Dismiss the Amended Complaint ("Reply Memo") complies with the length limitation of Local Rule 7.1(f) and the type size limitation of Local Rule 7.1(h).

I further certify that the Reply Memo was prepared using Microsoft Office Word 2010 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations (but excluding the caption, Table of Contents, Table of Authorities and signature block) in the following word count.

I further certify that the Reply Memo contains 5,092 words in Times New Roman 13 point font. The Reply Memo and Memorandum in Support of the Ally Defendants' Motion to Dismiss the Amended Complaint together contain a total of 11,989 words as calculated above.

Dated: March 29, 2013.        **TIMOTHY D. KELLY, P.A.**

                              By: *s/ Sarah E. Bushnell*
                                  Timothy D. Kelly (#54926)
                                  Sarah E. Bushnell (#326859)
                                  3720 IDS Center, 80 South Eighth Street
                                  Minneapolis, Minnesota 55402
                                  tkelly@timkellypa.com
                                  sbushnell@timkellypa.com
                                  (612) 349-6171

2

**KIRKLAND & ELLIS LLP**
    Robert J. Kopecky (admitted *pro hac vice*)
    Seth A. Gastwirth (admitted *pro hac vice*)
    300 North LaSalle
    Chicago, Illinois 60654
    (312) 862-2000
    (312) 862-2200
    robert.kopecky@kirkland.com
    seth.gastwirth@kirkland.com

*Attorneys for Defendants Ally Financial Inc., Ally Securities LLC, Ally Bank, IB Finance Holding Company, LLC, and GMAC Mortgage Group, LLC*