UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS II; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK SOVEREIGN BOND FUND; JOHN HANCOCK BOND TRUST; JOHN HANCOCK STRATEGIC SERIES; JOHN HANCOCK INCOME SECURITIES TRUST; and JOHN HANCOCK INVESTMENT TRUST,<br><br>       Plaintiffs,<br><br> vs.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY BANK f/k/a GMAC BANK; IB FINANCE HOLDING COMPANY, LLC; ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; GMAC MORTGAGE GROUP, LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; GOLDMAN, SACHS & CO.; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; UBS SECURITIES LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; JACK R. KATZMARK; LISA R. LUNDSTEN; DAVID C. WALKER; DIANE S. WOLD; JAMES G. JONES; DAVID M. BRICKER; and JAMES N. YOUNG,<br><br>       Defendants. | Case No. 12-CV-01841 (ADM-TNL)<br><br><br><br><br><br><br><br>**LR 7.1(f) CERTIFICATE OF COMPLIANCE FOR REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE UNDERWRITERS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

-2-

I, Joseph J. Cassioppi, certify that the Reply Memorandum of Law in further Support of the Underwriters' Motion to Dismiss the Amended Complaint (the "Reply") filed by Banc of America Securities LLC; Barclays Capital Inc.; Bear, Stearns & Co. Inc.; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston, LLC; Deutsche Bank Securities Inc.; J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities, Inc.; Goldman, Sachs & Co.; Merrill Lynch, Pierce, Fenner & Smith Inc.; RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc.; and UBS Securities LLC (collectively, the "Underwriters") complies with Local Rules 7.1(f) and 7.1(h).

I further certify that, in preparation of the Reply, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

On December 12, 2012, the Court granted the Underwriters permission to exceed the 12,000 word limit set forth in Local Rule 7.1(f) by 6,000 words for a total of 18,000 words. I certify that the combined length of the Reply and the Memorandum of Law in Support of the Underwriters' Motion to Dismiss the Amended Complaint is 17,957 words.

Dated:  March 29, 2013

Respectfully submitted,

FREDRIKSON & BYRON, P.A.
By:  s/ Joseph J. Cassioppi
David R. Marshall (No. 184457)
Leah C. Janus (No. 337365)
Joseph J. Cassioppi (No. 388238)
200 South Sixth Street Suite 4000
Minneapolis, Minnesota 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
dmarshall@fredlaw.com
ljanus@fredlaw.com
jcassioppi@fredlaw.com


*Admitted Pro Hac Vice*
David H. Braff (N.Y. 1975895)
Jeffrey T. Scott (N.Y. 2890374)
Joshua Fritsch (N.Y. 4443206)
J.  Brendan Day (N.Y. 4865549)
Angelica M. Sinopole (N.Y. 4795100)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
braffd@sullcrom.com
scottj@sullcrom.com
fritschj@sullcrom.com
dayb@sullcrom.com
sinopolea@sullcrom.com

*Attorneys for Defendant Barclays Capital Inc.*