UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS II; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK SOVEREIGN BOND FUND; JOHN HANCOCK BOND TRUST; JOHN HANCOCK STRATEGIC SERIES; JOHN HANCOCK INCOME SECURITIES TRUST; and JOHN HANCOCK INVESTMENT TRUST,<br><br>      Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY BANK f/k/a GMAC BANK; IB FINANCE HOLDING COMPANY, LLC; ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; GMAC MORTGAGE GROUP, LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; GOLDMAN, SACHS & CO.; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; UBS SECURITIES LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; JACK R. KATZMARK; LISA R. LUNDSTEN; DAVID C. WALKER; DIANE S. WOLD; JAMES G. JONES; DAVID M. BRICKER; and JAMES N. YOUNG,<br><br>      Defendants. | Case No. 12-CV-01841 (ADM-TNL)<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Angelica M. Sinopole, currently listed as counsel of record for Defendant Barclays Capital Inc., wishes to withdraw as counsel for Defendant Barclays Capital, Inc. in this case for the following reason(s):

I am leaving active practice for a federal judicial clerkship. Defendant Barclays Capital, Inc., will continued to be represented in this matter by David R. Marshall, Leah C. Janus, Joseph J. Cassioppi , David H. Braff, J. Brendan Day, Jeffrey T. Scott, and Joshua Fritsch.

Dated: April 23, 2013          s/ Angelica M. Sinopole
                               Angelica M. Sinopole

5550158_1.doc