**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 6A; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) SEPARATE ACCOUNT 131; JOHN HANCOCK FUNDS II; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK SOVEREIGN BOND FUND; JOHN HANCOCK BOND TRUST; JOHN HANCOCK STRATEGIC SERIES; JOHN HANCOCK INCOME SECURITIES TRUST; and JOHN HANCOCK INVESTMENT TRUST,<br><br>         Plaintiffs,<br><br> vs.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; ALLY BANK f/k/a GMAC BANK; IB FINANCE HOLDING COMPANY, LLC; ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; GMAC MORTGAGE GROUP, LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON, LLC; BEAR, STEARNS & CO. INC.; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; GOLDMAN, SACHS & CO.; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; UBS SECURITIES LLC; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; JACK R. KATZMARK; LISA R. LUNDSTEN; DAVID C. WALKER; DIANE S. WOLD; JAMES G. JONES; DAVID M. BRICKER; and JAMES N. YOUNG,<br><br>         Defendants. | Case No. 12-CV-01841 (ADM-TNL)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendant RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.) are dismissed with prejudice and without costs, said Defendant having neither served an answer to the amended complaint nor a motion for summary judgment.

Dated:  November 6, 2014　　　　　　　　GRANT & EISENHOFER P.A.

　　　　　　　　　　　　　　　　　　　　By:  */s/ Geoffrey C. Jarvis*
　　　　　　　　　　　　　　　　　　　　Geoffrey C. Jarvis (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Deborah A. Elman (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Robert D. Gerson (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　485 Lexington Ave., 29th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　Tel: (646) 722-8500
　　　　　　　　　　　　　　　　　　　　Fax: (646) 732-8501

　　　　　　　　　　　　　　　　　　　　LOCKRIDGE GRINDAL NAUEN P.L.L.P

　　　　　　　　　　　　　　　　　　　　Richard A. Lockridge (No. 64117)
　　　　　　　　　　　　　　　　　　　　Karen H. Riebel (No. 219770)
　　　　　　　　　　　　　　　　　　　　Elizabeth R. Odette (No. 340698)
　　　　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 2200
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota  55401
　　　　　　　　　　　　　　　　　　　　Tel:  (612) 339-6900
　　　　　　　　　　　　　　　　　　　　Fax:  (612) 339-0981

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs John Hancock Life Insurance Company (U.S.A.), et al.*