UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.), *et al.*,

        Plaintiffs,

-against-

ALLY FINANCIAL INC. f/k/a
GMAC, LLC, *et al.*,

        Defendants.

Case No. 12 CV 01841 (ADM) (TNL)

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss with prejudice Defendant UBS Securities LLC from the above-captioned action, without costs to any party as against the other.

Dated: June 9, 2015

**GRANT & EISENHOFER P.A.**

*/s/ Geoffrey C. Jarvis*

Geoffrey C. Jarvis (admitted pro hac vice)
Deborah A. Elman (admitted pro hac vice)
Robert D. Gerson (admitted pro hac vice)
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 732-8501

LOCKRIDGE GRINDAL NAUEN P.L.L.P
Richard A. Lockridge (No. 64117)
Karen H. Riebel (No. 219770)
Elizabeth R. Odette (No. 340698)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

*Attorneys for Plaintiffs*